IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

DAVID MCINTOSH, )
    Petitioner, )
 )
vs. ) No. 3:11-CV-0084-P
 )
WARDEN REBECCA TAMEZ, )
    Respondent. )

## ORDER OF TRANSFER

For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, the Court hereby orders that this action be transferred to the United States District Court for the Northern District of Texas, Fort Worth Division. The Clerk shall transmit a copy of this Order and the Order Accepting the Findings and Recommendation of the United States Magistrate Judge to petitioner or his attorney of record.

IT IS SO ORDERED.

DATED this 17 day of February, 2011.

_____
UNITED STATES DISTRICT JUDGE